CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:08−cv−00708−FB−RLM

Harris et al v. Davol Inc. et al
Assigned to: Senior Judge Frederic Block
Referred to: Magistrate Judge Roanne L. Mann
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 02/20/2008
Date Terminated: 04/02/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Henry Harris** represented by **Stephanie Hatzakos**
Milberg LLP
One Penn Plaza
New York, NY 10119
212−946−9386
Fax: 212−273−4314
Email: shatzakos@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Harris** represented by **Stephanie Hatzakos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.**

**Defendant**

**C.R. Bard Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2008 | " 1 | COMPLAINT against Davol Inc., C.R. Bard Inc. $ 350, filed by Henry Harris, William Harris. (Attachments: # 1 Civil Cover Sheet) (Jones, Sandra) (Entered: 02/21/2008) |
| 02/20/2008 | " | Summons Issued as to Davol Inc., C.R. Bard Inc.. (Jones, Sandra) (Entered: 02/21/2008) |
| 03/10/2008 | " 2 | WAIVER OF SERVICE Returned Executed by Davol Inc., C.R. Bard Inc.. Henry Harris waiver sent on 3/4/2008, answer due 5/5/2008; William Harris waiver sent on 3/4/2008, answer due 5/5/2008. (Hatzakos, Stephanie) (Entered: 03/10/2008) |
| 04/01/2008 | " 3 | NOTICE of Change of Firm Name by Stephanie Hatzakos (Hatzakos, Stephanie) (Entered: 04/01/2008) |

| | | |
|---|---|---|
| 04/02/2008 | " 4 | CONDITIONAL TRANSFER ORDER 16 (CTO 16): This case is transferred to the District of Rhode Island re: MDL No. 1842. Case transferred via CM/ECF−Civil Extract feature; Case Closed. (Lee, Tiffeny) (Entered: 04/02/2008) |